■ In the Matter of COREY WATSON, Appellant, v WILLIAM BRATTON, as Police Commissioner of the New York City Police Department, et al., Respondents. [664 NYS2d 518] —Judgment, Supreme Court, New York County (Carol Huff, J.), entered February 6, 1996, which, *inter alia*, denied petitioner's application brought pursuant to CPLR article 78 seeking to annul respondent's determination terminating petitioner's employment, unanimously affirmed, without costs.

Petitioner, a probationary employee, failed to demonstrate that his termination was based on a constitutionally impermissible reason, that it violated statutory or decisional law or that it was motivated by bad faith (*Matter of York v McGuire*, 63 NY2d 760). The New York State Department of Labor's determination to grant petitioner's claim for unemployment benefits is not dispositive of the issue raised herein (*see, Matter of Rivoli v Stern*, 160 AD2d 601). Concur—Sullivan, J. P., Rosenberger, Ellerin and Nardelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ONDALIS CARDENAS, Appellant. [664 NYS2d 517] —Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered January 24, 1996, convicting defendant, upon his plea of guilty, of two counts of attempted criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 3½ to 7 years, unanimously affirmed.

Defendant received effective assistance of counsel in connection with his guilty plea (*People v Ford*, 86 NY2d 397, 404). The record establishes that the plea was knowing, voluntary, and intelligent, and that defendant's factual recitations contained nothing to cast doubt on his guilt. We perceive no abuse of sentencing discretion. Concur—Sullivan, J. P., Rosenberger, Ellerin and Nardelli, JJ.